1

2                                              FILED

3                                    08 APR -8 PM 2:07

4

5

6

7                    UNITED STATES DISTRICT COURT

8                  SOUTHERN DISTRICT OF CALIFORNIA

9                    July 2007 Grand Jury    08 CR 1091    JLS

10  UNITED STATES OF AMERICA,        )   Criminal Case No. _____
                                     )
11                   Plaintiff,      )   I N D I C T M E N T
                                     )
12          v.                       )   Title 21, U.S.C., Secs. 952 and
                                     )   960 - Importation of Heroin;
13  INEZ MARIE PARQUETTE (1),        )   Title 21, U.S.C., Sec. 841(a)(1) -
    THOMAS PARQUETTE (2),            )   Possession of Heroin with Intent
14                                   )   to Distribute; Title 18, U.S.C.,
                     Defendant.      )   Sec. 2 - Aiding and Abetting
15  _____)

16       The grand jury charges:

17                              Count 1

18       On or about March 22, 2008, within the Southern District of

19  California, defendants INEZ MARIE PARQUETTE and THOMAS PARQUETTE did

20  knowingly and intentionally import 1 kilogram and more, to wit:

21  approximately  10.4  kilograms  (22.88  pounds)  of  heroin,  a

22  Schedule I Controlled Substance, into the United States from a place

23  outside  thereof;  in  violation  of  Title  21,  United  States  Code,

24  Sections 952 and 960, and Title 18, United States Code, Section 2.

25  //

26  //

27  //

28  CJB:em:Imperial
    4/7/08

CR

<u>Count 2</u>

On or about March 22, 2008, within the Southern District of California, defendants INEZ MARIE PARQUETTE and THOMAS PARQUETTE did knowingly and intentionally possess, with intent to distribute, 1 kilogram and more, to wit: approximately 10.4 kilograms (22.88 pounds) of heroin, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

DATED: April 8, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CARLA J. BRESSLER
Assistant U.S. Attorney

2