```
 1 │ Michael Edmund Burke
   │ Attorney at Law
 2 │ CSB #98925
   │ 105 West F Street, 4th Floor
 3 │ San Diego, CA 92101
   │ Telephone:(619) 234-2503
 4 │
 5 │ Attorneys for Defendant, INEZ MARIE PARQUETTE
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JANIS L. SAMMARTINO)

| UNITED STATES OF AMERICA, | ) | Case No.: 08-CR-1091-JLS |
|---|---|---|
| Plaintiff, | ) | Date: 5/16/2008 |
| v. | ) | Time: 1:30 p.m. |
| INEZ MARIE PARQUETTE, | ) | NOTICE OF MOTIONS AND MOTIONS TO: |
| Defendant. | ) | 1) COMPEL DISCOVERY; |
|  | ) | 2) JOINDER; AND |
|  | ) | 3) GRANT LEAVE TO FILE FURTHER MOTIONS |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
       PAUL S. COOK, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on Friday, May 16, 2008, before the Honorable Janis L. Sammartino, at 1:30 p.m., or as soon thereafter as counsel may be heard, the defendant, INEZ MARIE PARQUETTE, by and through counsel, Michael Edmund Burke, will ask this Court to issue an order granting the motions listed below.

//
//
//
//

**MOTIONS**

The defendant, INEZ MARIE PARQUETTE, by and through counsel, Michael Edmund Burke, asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes and local rules for an order to:

1) Compel Discovery;

2) Joinder; and

3) Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

S/Michael Edmund Burke

Dated: 5-2-08

Michael Edmund Burke,
Attorney for Defendant,
INEZ MARIE PARQUETTE

**CERTIFICATE OF SERVICE**

I, Michael Edmund Burke, hereby certify to the best of my information and belief that by having e-filed the "NOTICE OF MOTIONS AND MOTIONS TO 1) COMPEL DISCOVERY, 2) JOINDER AND 3) GRANT LEAVE TO FILE FURTHER MOTIONS" and "MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTIONS" I have caused a copy of each to have been served via electronic mail upon each of the following:

PAUL S. COOK paul.cook@usdoj.gov

LINDA LOPEZ Linda_Lopez@fd.org

                         s/Michael Edmund Burke

Dated: 5-2-08   _____
                     Michael Edmund Burke,
                     Attorney for INEZ MARIE PARQUETTE