FILED
JUL - 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08CR1091-JLS |
| Plaintiff, ) | |
| ) | I N F O R M A T I O N |
| v. ) | (Superseding) |
| ) | |
| INEZ MARIE PARQUETTE, ) | Title 18, U.S.C., Sec. 1001 - |
| ) | False Statement to a Federal |
| ) | Officer |
| Defendant. ) | |

The United States Attorney charges:

### COUNT 1

On or about March 22, 2008 within the Southern District of California, defendant, INEZ MARIE PARQUETTE, in a matter within the jurisdiction of the United States, namely, the Department of Homeland Security, United States Customs and Border Protection, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to a material fact; in that she did represent and state to United States Immigration and Customs Enforcement Agents at the Calexico West, California Port of Entry, that she and Thomas Parquette (charged elsewhere) had continuos possession of the car, which she drove into the United States from Mexico, while they were in Mexico, whereas in truth and fact as defendant then and there well knew, these statements and representations were false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

DATED: June 27, 2008.

KAREN P. HEWITT
United States Attorney

*Paul S. Cook*
PAUL S. COOK
Assistant U.S. Attorney

6/27/08