AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ DISTRICT OF _____CALIFORNIA_____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>INEZ MARIE PARQUETTE (1), | **WAIVER OF INDICTMENT**<br><br>CASE NUMBER: 08-CR-1091-JLS |

I, _____INEZ MARIE PARQUETTE (1),_____, the above named defendant, who is accused of

18 U.S.C. 1001 - False Statement to a Federal Officer

being advised of the nature of the charge(s), the proposed superseding information, and of my rights, hereby waive in open court on __7-2-08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judge

FILED
JUL - 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                     DEPUTY

K:\COMMON\CSA\forms\2005\Waiver_indi.wpd