MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
JULY 2, 2008

HON. BARBARA L. MAJOR                    DEPUTY CLERK: M. BEHNING

08CR1091-JLS      USA      VS      INEZ MARIE PARQUETTE(1/C/ENG)06135298

                                        1: MICHAEL BURKE
                                        AUSA: PAUL COOK

ARRAIGNMENT
CHANGE OF PLEA HEARING
================================================================
BLM08:843-912

ARRAIGNMENT OF SUPERSEDING INFORMATION HELD ON 7/2/2008
GUILTY PLEA ENTERED

NO OBJECTION TO SIMULTANEOUS GUILTY PLEA
CHANGE OF PLEA HEARING HELD ON 7/2/2008
DEFT TENDERS GUILTY PLEA TO COUNT ONE OF THE SUPERSEDING INFORMATION
PSR ORDERED
XT INTEREST OF JUSTICE 7/2/08-9/19/08

ACCEPT PLEA/PO RPT & SENT 9/19/08 9AM BEFORE JUDGE JANIS L. SAMMARTINO

PENDING MOTIONS ARE WITHDRAWN